# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF WASHINGTON

KELLIE KREBS, O/B/O BKN,
a minor child,

       Plaintiff,

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

NO. CV-11-3084-LRS

**JUDGMENT IN A CIVIL CASE**

## DECISION BY THE COURT:

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED that:

Defendant's Motion for Summary Judgment is **GRANTED**; Plaintiff's Motion for Summary Judgment is **DENIED**. Judgment is entered for Defendant.

DATED this 14th day of December, 2012.

JAMES R. LARSEN
District Court Executive/Clerk

by: ____s/Cora Vargas____
Cora Vargas, Deputy Clerk

cc: all counsel